Kristin M. Asai, OSB No. 103286
Kristin.Asai@hklaw.com
**HOLLAND & KNIGHT LLP**
601 SW Second Ave., Ste. 1800
Portland, OR 97204
Telephone: 503.243.2300
Fax: 503.241.8014

Christopher G. Kelly, *pro hac vice pending*
Christopher.Kelly@hklaw.com
Sarah G. Passeri, *pro hac vice pending*
Sarah.Passeri@hklaw.com
**HOLLAND & KNIGHT LLP**
31 West 52nd Street
New York, NY 10019
Telephone: 212.513.3563
Fax: 212.341.7179

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| LYNETTEE BURTON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AIR FRANCE—KLM, a foreign corporation,<br><br>　　　　　Defendant. | Case No. 3:20-cv-01085-IM<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT [FED. R. CIV. P. 7.1]** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant Société Air France (improperly named herein as Air France – KLM, hereinafter "Air France") states that Air France is a wholly-owned subsidiary of Air France-KLM Group, a publicly-held corporation.

Dated:  July 7, 2020

*s/Kristin M. Asai*

Kristin M. Asai, OSB No. 103286
Kristin.Asai@hklaw.com
**HOLLAND & KNIGHT LLP**
601 SW Second Ave., Ste. 1800
Portland, OR 97204
Telephone: 503.243.2300
Fax: 503.241.8014

Christopher G. Kelly, *pro hac vice pending*
Christopher.Kelly@hklaw.com
Sarah G. Passeri, *pro hac vice pending*
Sarah.Passeri@hklaw.com
**HOLLAND & KNIGHT LLP**
31 West 52nd Street
New York, NY 10019
Telephone: 212.513.3563
Fax: 212.341.7179

*Attorneys for Defendant*